# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

**FILED**
APR 19 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. MICHELLE LYNN EDELMAN, **Defendant.** | CR 14-102-BLG-SPW-3 ORDER |

Pending before the Court is U.S. Probation's Request for Modification of the Conditions or Term of Supervision (Doc. 108). Pursuant to the request of U.S. Probation, and for good cause appearing,

IT IS HEREBY ORDERED that the Request for Modification of the Conditions or Term of Supervision is **DISMISSED**.

IT IS FURTHER ORDERED that the hearing scheduled for Wednesday, April 19, 2017 at 1:30 p.m., is **VACATED**.

DATED this 19th day of April, 2017.

SUSAN P. WATTERS
United States District Judge

1