IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELLE LYNN EDELMAN,<br><br>Defendant. | CR 14-102-BLG-SPW-3<br><br>ORDER |

On September 5, 2017, United States Magistrate Judge Timothy Cavan entered Findings and Recommendations with respect to the August 10, 2017 petition for revocation of Defendant Edelman's supervised release. The parties were notified of their right to file objections to the Findings and Recommendations within 14 days. The parties waived the 14 day objection period. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). Consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

Based on Edelman's admissions to the alleged violations, Judge Cavan recommends her supervised release be modified to include the following condition:

> The defendant shall reside in a Residential Reentry Center (RRC) under contract to the United States Bureau of Prisons, in the pre-release component, for a period of 6 months. The defendant shall abide by all rules and regulations of the center and successfully complete any programming as deemed appropriate by the United States Probation Office.

Judge Cavan's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Defendant Edelman's supervised release is modified. Judgment will be entered by separate document.

DATED this 5th day of September, 2017.

／s／ Susan P. Watters
SUSAN P. WATTERS
United States District Judge