IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-102-BLG-SPW-TJC-3 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| MICHELLE LYNN EDELMAN, | |
| Defendant. | |

On September 5, 2017, Defendant appeared for a final hearing on a petition to revoke her supervised release. Based on the proceedings,

IT IS ORDERED that Defendant Michelle Lynn Edelman is released from custody. Defendant must report to the Residential Reentry Center in Butte, Montana, as directed by the U.S. Probation Officer.

DATED this 5th day of September, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge